UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated,<br><br>         *Plaintiff*,<br><br> v.<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>         *Defendant*. | No.: 2:16-cv-01667-RSM<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 2, 2016** |

On November 15, 2016, Defendant Starbucks Corporation filed its motion to dismiss Plaintiff Alan Brahamsha's Class Action Complaint and Demand for Jury Trial (Dkt. #19).  Pursuant to LCR 7(d)(3), Plaintiff's deadline to file opposition papers is December 5, 2016, and Defendant's deadline to file any reply papers is December 9, 2016.  Plaintiff has represented that, since Defendant filed its motion, Plaintiff has worked diligently to prepare his opposition.  Nevertheless, given the intervening holiday and in order to allow Plaintiff time to respond to the arguments raised in Defendant's motion, the Parties have conferred and agreed to ask the Court to extend the briefing schedule on the motion as follows:

  1.  Plaintiff's deadline to file his opposition to Defendant's motion to dismiss shall be December 12, 2016.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE - 1
CASE NO.: 2:16-CV-01667-RSM

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

2. Defendant's deadline to file its reply in support of its motion to dismiss shall be December 23, 2016.

3. The noting date shall be December 23, 2016.

The Parties respectfully ask the Court to enter the order below setting this briefing schedule.

Respectfully submitted,

**STARBUCKS CORPORATION**,

Dated: December 2, 2016

By: s/ Raina V. Wagner
Raina V. Wagner, WSBA #45701
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022
Email: raina.wagner@klgates.com

And

Patrick J. Perrone, *Pro Hac Vice*
Loly G. Tor, *Pro Hac Vice*
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Email: patrick.perrone@klgates.com
loly.tor@klgates.com

**ALAN BRAHAMSHA**, individually and on behalf of all others similarly situated,[1]

Dated: December 2, 2016

By: s/ Benjamin H. Richman
One of Plaintiff's Attorneys

Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
Jacob B. Wright*
jwright@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300

---

[1] Plaintiff is currently in the process of obtaining local counsel in this matter and expects that an appearance will be filed within a week.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE - 2
CASE NO.: 2:16-CV-01667-RSM

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

* *Pro Hac Vice* Admission to be Sought

[Proposed] **ORDER**

Based upon the above stipulation, the Court hereby extends the briefing deadlines for Defendant's motion to dismiss (Dkt. 19) as follows:

1. Plaintiff's deadline to file his opposition to Defendant's motion to dismiss shall be December 12, 2016.

2. Defendant's deadline to file its reply in support of its motion to dismiss shall be December 23, 2016.

3. The noting date shall be December 23, 2016.

**IT IS SO ORDERED.**

DATED this _____ day of December, 2016.

_____
THE HONORABLE RICARDO S. MARTINEZ
CHIEF JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE - 3
CASE NO.: 2:16-CV-01667-RSM

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Presented by:

2  K&L GATES LLP

3

4  By s/ Raina V. Wagner
       Raina V. Wagner, WSBA #45701
       925 Fourth Avenue, Suite 2900
5      Seattle, WA 98104
       Tel: (206) 623-7580
6      Fax: (206) 623-7022
       Email: raina.wagner@klgates.com
7
    Attorneys for Defendant
8   Starbucks Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE - 4
CASE NO.: 2:16-CV-01667-RSM

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on December 2, 2016, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, and arranged for separate service to the following counsel for the parties of record:

> Ari Hillel Marcus
> Marcus Zelman LLC
> 1500 Allaire Avenue, Suite 101
> Ocean, NJ 07712
> 732-695-3282
> Fax: 732-298-6256
> Email: ari@marcuszelman.com
>
> And
>
> Benjamin H. Richman
> Courtney Booth
> Jacob Wright
> Edelson PC
> 350 North LaSalle Street, 13th Floor
> Chicago, Illinois 60654
> 312.589.6370
> Fax: 312.589.6378
> Email: brichman@edelson.com
>       cbooth@edelson.com
>       jwright@edelson.com
>
> Attorneys for Plaintiff Alan Brahamsha

                                                                       s/ Raina V. Wagner
Raina V. Wagner
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: raina.wagner@klgates.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE - 5
CASE NO.: 2:16-CV-01667-RSM

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022