The Hon. Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | No. 2:16-cv-01667-RSM<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |

Plaintiff Alan Brahamsha and Defendant Starbucks Corporation (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of Mr. Brahamsha's individual claims and *without prejudice* as to the putative class's claims. In support of this stipulation, the Parties state as follows:

WHEREAS, on July 28, 2016, Mr. Brahamsha filed his class action complaint in the Superior Court of New Jersey, Monmouth Vicinage (Dkt. 1-1), and it was later removed to the District of New Jersey (Dkt. 1);

WHEREAS, on October 25, 2016, the action was transferred to the Western District of Washington (Dkt. 11);

STIPULATION OF DISMISSAL
No. C16-1667 RSM

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *with prejudice* of Mr. Brahamsha's individual claims against Defendant in this action;

WHEREAS, the Parties have further conferred and agreed to stipulate to the dismissal *without prejudice* of the putative class's claims against Defendant in this action;

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Brahamsha's individual claims against Defendant in this action shall be dismissed *with prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

IT IS SO STIPULATED.

Dated: January 24, 2017

s/ *Cliff Cantor*
By: Cliff Cantor, WSBA #177893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:  425-868-7813
Fax:  425-732-3752
Email: cliff.cantor@outlook.com

Benjamin H. Richman (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel:  312.589.6370

STIPULATION OF DISMISSAL
No. C16-1667 RSM

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

```
                              Fax:   312.589.6378
                              Email: brichman@edelson.com

                              Attorneys for Plaintiff Alan Brahamsha
```

Dated: January 24, 2017          s/ *Patrick J. Perrone*
                                 By: Raina V. Wagner, WSBA #35701
                                 K & L GATES LLP
                                 925 Fourth Avenue, Suite 2900
                                 Seattle, WA 98104
                                 Tel:   206.623.7580
                                 Fax:   206.623.7022
                                 Email: raina.wagner.klgates.com

                                 Patrick J. Perrone (Admitted *Pro Hac Vice*)
                                 Loly G. Tor (Admitted *Pro Hac Vice*)
                                 K&L GATES LLP
                                 One Newark Center, Tenth Floor
                                 Newark, NJ 07102
                                 Tel:   973.848.4000
                                 Fax:   973.848.4001
                                 Email: patrick.perrone@klgates.com
                                        loly.tor@klgates.com

                                 Attorneys for Defendant

                            Certificate of Service

I certify that, on the date stamped above, I caused this document to filed with the Clerk of the Court via the CM/ECF system, which will email notice of filing to counsel of record for all parties.

                                 s/ Cliff Cantor, WSBA #17893

STIPULATION OF DISMISSAL
No. C16-1667 RSM
- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752